UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JULIO MATEO, ROSALINA JUAN JUAN,** and **MARIA PEDRO JUAN**,

        Plaintiffs,

v.

**CITY OF PORTLAND, AARON SCHMAUTZ,** Personally, and **ROYCE CURTISS,** Personally,

        Defendants.

Civil Case No. 3:13-CV-00180-KI

JUDGMENT

    Julio Mateo
    Rosalina Juan Juan
    Maria Pedro Juan
    647 Ohio Avenue
    Salem, Ohio  44460

        Pro Se Plaintiffs

Page 1 - JUDGMENT

William W. Manlove , III
Senior Deputy City Attorney
Office of the City Attorney
1221 SW Fourth Avenue, Suite 430
Portland, OR 97204

  Attorney for Defendants

KING, Judge:

  Based on the record,

  IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

  Dated this       3rd       day of September, 2014.

            /s/ Garr M. King
            Garr M. King
            United States District Judge